UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PDK COMMERCIAL PHOTOGRAPHERS, LTD.,

                Plaintiff,

- against -

EAGLE TRANSFER CORP.

                Defendant.

Docket No. 1:20-cv-00055

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff PDK Commercial Photographers, Ltd. ("PDK Commercial Photographers" or "Plaintiff") by and through its undersigned counsel, as and for its Complaint against Defendant Eagle Transfer Corp. ("Eagle Transfer" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of the Hudson Yards in New York City, owned and registered by PDK Commercial Photographers, a professional photography company. Accordingly, PDK Commercial Photographers seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

5. PDK Commercial Photographers is a professional photography company in the business of licensing its photographs for a fee having a usual place of business at 828 South Broadway, Tarrytown, New York 10591.

6. Upon information and belief, Eagle Transfer is a domestic business corporation duly organized and existing under the laws of the State of New York, with a place of business at 307 Seventh Avenue, Suite 2001, New York, New York 10001. Upon information and belief, Eagle Transfer is registered with the New York State Department of Corporations to do business in New York. At all times material, hereto, Eagle Transfer has owned and operated a website at the URL: www.EagleTransfer.com (the "Website").

**STATEMENT OF FACTS**

**A. Background and Plaintiff's Ownership of the Photograph**

7. PDK Commercial Photographers owns the copyright to a photograph of New York's Hudson Yards (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. PDK Commercial Photographers has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the United States Copyright Office and was given registration number VA 2-169-278.

**B. Defendant's Infringing Activities**

10. On September 30, 2019, Eagle Transfer ran an article on the Website entitled *Hudson Yards: Commercial Development and Commercial Moves into New York City's*

*Marquise Development.* See: http://www.eagletransfer.com/hudson-yards-commercial-development-and-commercial-moves-into-new-york-citys-marquise-development/. The article featured the Photograph. A true and correct copy of the article and a screenshot of the Photograph on the Website are attached hereto as Exhibit B.

11. Eagle Transfer did not license the Photograph from Plaintiff for its Website, nor did Eagle Transfer have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Eagle Transfer infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Eagle Transfer is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to its attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Eagle Transfer be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded its costs, expenses and attorneys' fees pursuant to 17 U.S.C. 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
      January 3, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz, Esq.
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff PDK Commercial Photographers, Ltd.*