# EXHIBIT B



1/3/2020 Hudson Yards: Commercial Development and Commercial Moves into New York City's Marquise Development | Eagle Transfer

Case 1:20-cv-00055-LJL    Document 1-2    Filed 01/03/20    Page 3 of 11

Customer Login (http://online.eagletransfer.com/)


(http://www.eagletransfer.com/)

# Hudson Yards: Commercial Development and Commercial Moves into New York City's Marquise Development

Posted in Office Moving (http://www.eagletransfer.com/category/office-moving-2/), Our Work (http://www.eagletransfer.com/category/our-work/) by Eagle Transfer Corp. (http://www.eagletransfer.com/author/eagletransferuser/) - September 30, 2019 (http://www.eagletransfer.com/hudson-yards-commercial-development-and-commercial-moves-into-new-york-citys-marquise-development/)



The Hudson Yards development located in the Chelsea and Hudson Yards neighborhoods of Manhattan is a marquise commercial development, and the largest such development in the United States. Home to one of the most popular Instagram spots in NYC, the Vessel, Hudson Yards' construction began in 2012, with the first commercial space at 10 Hudson Yards opening in 2016. The entire project is projected to be completed by 2024.

Phase 1, which was completed in 2019, is comprised of 6 commercial buildings — 10, 15, 30, 35, 50 and 55 Hudson Yards — The Shops and Restaurants at Hudson Yards, the Shed, a public plaza and the Vessel. Naturally, some of the world's top companies, retail stores and fine dining restaurants have moved into or opened at the Hudson Yards development.

With that level of movement into this new $25 billion development on New York City's west side, there has been a strong need for capable NYC commercial moving companies. For a business without such a moving company, an office move can be both stressful, time consuming and financially damaging due to significant downtime. Eagle Transfer prides itself on eliminating that worry by providing efficient commercial moving services in New York City that eliminate downtime and stress.

As the premier commercial moving company in New York City, Eagle Transfer (http://www.eagletransfer.com) has moved several large companies into the development at Hudson Yards. These moves include:

**Warner Media.** In 2019, Warner Media moved into a 1.2 million square foot office space at 30 Hudson Yards. This commercial move was handled entirely by Eagle Transfer, their largest move of the year, over the course of three months. The move included 3,000 people and their belongings, including Warner Media's CEO, corporate offices and its talking heads, such as Anderson Cooper. It also included the company's computers, contents and production equipment.

**Milbank LLP.** In 2019, Eagle Transfer handled Milbank's large office move into a 300,000 square foot office located at 55 Hudson Yards. This move spanned one intense week of packing, moving and unpacking the contents of the company's partners.

**Boies Schiller Flexner LLP.** Over the course of one weekend in 2019, Boies Schiller moved into a 125,000 square foot office at 55 Hudson Yards. Eagle Transfer was responsible for the packing, moving and unpacking of all partners and common areas.

1/3/2020 Hudson Yards: Commercial Development and Commercial Moves into New York City's Marquise Development | Eagle Transfer

Case 1:20-cv-00055-LJL Document 1-2 Filed 01/03/20 Page 5 of 11

**Ashurst LLP.** Eagle Transfer moved Ashurst into a 25,000 square foot office space located at 55 Hudson Yards in 2019.

**VaynerMedia.** In 2016, VaynerMedia relocated to a 100,000 square foot office located at 10 Hudson Yards with the moving assistance of Eagle Transfer. Eagle Transfer moved 300 people and their belongings to the Hudson Yards location, and all of VaynerMedia's production equipment to a Long Island City location.

**Hudson Yards LEGO Structure.** Eagle Transfer, on behalf of the developer, Related Companies, moved a LEGO structure of 30 Hudson Yards.

If your business is in need of a top New York City commercial moving company, contact (http://www.eagletransfer.com/contact/) Eagle Transfer today for a consultation or quote; we would be honored to help your business thrive through a successful corporate relocation.

← Why You Should Choose Eagle Transfer for New York City Office Storage (http://www.eagletransfer.com/why-you-should-choose-eagle-transfer-for-new-york-city-office-storage/)

Plan for your Office Move: Guidelines to Choosing the Best NYC Commercial Moving Company → (http://www.eagletransfer.com/plan-for-your-office-move-guidelines-to-choosing-the-best-nyc-commercial-moving-company/)

1/3/2020    Hudson Yards - Commercial Development and Commercial Moves into New York City's Marquise Development | Eagle Transfer

Case 1:20-cv-00055-LJL   Document 1-2   Filed 01/03/20   Page 6 of 11

0 Comments    rolzan    🛈 1  Login

♡ Recommend    🐦 Tweet    f Share    Sort by Best

Start the discussion…

LOG IN WITH    OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

ALSO ON ROLZAN

**Let's Learn Together!**
2 comments • 5 years ago
Rol John Torralba — Hello Zarra, thanks for the feedback, it's always nice to know that there are people who are interested with the

**Create WordPress Themes From Scratch**
4 comments • 5 years ago
Rol John Torralba — Hello Mark, thanks for the feedback, I saw your work, and it's really interesting! :) I haven't heard of the

✉ Subscribe    D Add Disqus to your siteAdd DisqusAdd    🔒 Disqus Privacy PolicyPrivacy PolicyPrivacy

Search

**RECENT POSTS**

The New Office Trends to Consider for your 2020 NYC Commercial Move (http://www.eagletransfer.com/the-new-office-trends-to-consider-for-your-2020-nyc-commercial-move/)

How an NYC Commercial Moving Company can Help Avoid or Alleviate "Bumps in the Road" toward Office Relocation (http://www.eagletransfer.com/how-an-nyc-commercial-moving-company-can-help-avoid-or-alleviate-bumps-in-the-road-toward-office-relocation/)

How to Protect Confidential Business and Client Information during an Office Relocation in NYC (http://www.eagletransfer.com/how-to-protect-confidential-business-and-client-information-during-an-

1/3/2020 Hudson Yards: Commercial Development and Commercial Moves into New York City's Marquise Development | Eagle Transfer

Case 1:20-cv-00055-LJL    Document 1-2    Filed 01/03/20    Page 7 of 11

office-relocation-in-nyc/)

Plan for your Office Move: Guidelines to Choosing the Best NYC Commercial Moving Company (http://www.eagletransfer.com/plan-for-your-office-move-guidelines-to-choosing-the-best-nyc-commercial-moving-company/)

Hudson Yards: Commercial Development and Commercial Moves into New York City's Marquise Development (http://www.eagletransfer.com/hudson-yards-commercial-development-and-commercial-moves-into-new-york-citys-marquise-development/)

## ARCHIVES

January 2020 (http://www.eagletransfer.com/2020/01/)

November 2019 (http://www.eagletransfer.com/2019/11/)

October 2019 (http://www.eagletransfer.com/2019/10/)

September 2019 (http://www.eagletransfer.com/2019/09/)

July 2019 (http://www.eagletransfer.com/2019/07/)

June 2019 (http://www.eagletransfer.com/2019/06/)

May 2019 (http://www.eagletransfer.com/2019/05/)

April 2019 (http://www.eagletransfer.com/2019/04/)

March 2019 (http://www.eagletransfer.com/2019/03/)

February 2019 (http://www.eagletransfer.com/2019/02/)

January 2019 (http://www.eagletransfer.com/2019/01/)

December 2018 (http://www.eagletransfer.com/2018/12/)

November 2018 (http://www.eagletransfer.com/2018/11/)

October 2018 (http://www.eagletransfer.com/2018/10/)

September 2018 (http://www.eagletransfer.com/2018/09/)

August 2018 (http://www.eagletransfer.com/2018/08/)

1/3/2020 Hudson Yards Commercial Development and Commercial Moves into New York City's Marquise Development | Eagle Transfer

Case 1:20-cv-00055-LJL   Document 1-2   Filed 01/03/20   Page 8 of 11

July 2018 (http://www.eagletransfer.com/2018/07/)

June 2018 (http://www.eagletransfer.com/2018/06/)

May 2018 (http://www.eagletransfer.com/2018/05/)

April 2018 (http://www.eagletransfer.com/2018/04/)

March 2018 (http://www.eagletransfer.com/2018/03/)

February 2018 (http://www.eagletransfer.com/2018/02/)

January 2018 (http://www.eagletransfer.com/2018/01/)

December 2017 (http://www.eagletransfer.com/2017/12/)

November 2017 (http://www.eagletransfer.com/2017/11/)

October 2017 (http://www.eagletransfer.com/2017/10/)

September 2017 (http://www.eagletransfer.com/2017/09/)

August 2017 (http://www.eagletransfer.com/2017/08/)

July 2017 (http://www.eagletransfer.com/2017/07/)

June 2017 (http://www.eagletransfer.com/2017/06/)

May 2017 (http://www.eagletransfer.com/2017/05/)

April 2017 (http://www.eagletransfer.com/2017/04/)

March 2017 (http://www.eagletransfer.com/2017/03/)

February 2017 (http://www.eagletransfer.com/2017/02/)

January 2017 (http://www.eagletransfer.com/2017/01/)

December 2016 (http://www.eagletransfer.com/2016/12/)

November 2016 (http://www.eagletransfer.com/2016/11/)

October 2016 (http://www.eagletransfer.com/2016/10/)

September 2016 (http://www.eagletransfer.com/2016/09/)

1/3/2020 Hudson Yards Commercial Development and Commercial Moves into New York City's Marquise Development | Eagle Transfer

Case 1:20-cv-00055-LJL   Document 1-2   Filed 01/03/20   Page 9 of 11

August 2016 (http://www.eagletransfer.com/2016/08/)

December 2014 (http://www.eagletransfer.com/2014/12/)

November 2014 (http://www.eagletransfer.com/2014/11/)

October 2014 (http://www.eagletransfer.com/2014/10/)

September 2014 (http://www.eagletransfer.com/2014/09/)

July 2014 (http://www.eagletransfer.com/2014/07/)

June 2014 (http://www.eagletransfer.com/2014/06/)

### CATEGORIES

Art Storage (http://www.eagletransfer.com/category/art-storage-2/)

News (http://www.eagletransfer.com/category/news/)

Office Moving (http://www.eagletransfer.com/category/office-moving-2/)

Office Relocation (http://www.eagletransfer.com/category/office-relocation-2/)

Office Storage (http://www.eagletransfer.com/category/office-storage-2/)

Our Work (http://www.eagletransfer.com/category/our-work/)

Press (http://www.eagletransfer.com/category/press/)

Real Estate (http://www.eagletransfer.com/category/real-estate/)

Testimonial (http://www.eagletransfer.com/category/testimonial/)

Topics (http://www.eagletransfer.com/category/topics/)

Uncategorized (http://www.eagletransfer.com/category/uncategorized/)

1/3/2020 Hudson Yards: Commercial Development and Commercial Moves Into New York City's Marquise Development | Eagle Transfer

Case 1:20-cv-00055-LJL    Document 1-2    Filed 01/03/20    Page 10 of 11



### GIVE US A CALL AT

212-741-0404 (tel://1-212-741-0404)



### OR EMAIL US AT

sales@eagletransfer.com



### OUR LOCATION

Eagle Transfer Corporation

307 Seventh Avenue, Suite 2001

New York, NY 10001

### OUR WAREHOUSE

79 County Avenue

Secaucus, NJ 07094

Phone: (201) 330-0348

NJ Public Movers and Warehousemen License #39PC00081300

FAQ (http://www.eagletransfer.com/faq/)
Moving Tips (http://www.eagletransfer.com/tips-and-resources/)
Contact (http://www.eagletransfer.com/contact/)

© 2018 All Rights Reserved. Eagle Transfer Corporation (http://eagletransfer.com/)
Website: Macro Design Group (http://www.macrodesigngroup.com/)

1/3/2020 Hudson Yards: Collaborative Development and Commercial Moves into New York City's Marquise Development | Eagle Transfer

Case 1:20-cv-00055-LJL Document 1-2 Filed 01/03/20 Page 11 of 11

| (https://www.facebook.com/eagletransfercorp) | (https://twitter.com/EagleTransferCo) | (https://www.linkedin.com/company/eagle-transfer-corporation) | (https://plus.google.com/103377145133355838459) |
|---|---|---|---|