USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PDK COMMERCIAL PHOTOGRAPHERS, LTD.,

                Plaintiff,

   -v-

EAGLE TRANSFER CORP.,

                Defendant.
------------------------------------------------------------------X

20-cv-00055 (LL)

ORDER

LEWIS J. LIMAN, United States District Judge:

WHEREAS the parties are scheduled to appear for a hearing in this matter on February 10, 2020 at 11:30 a.m.; and

WHEREAS the Court has a scheduling conflict with the hearing;

IT IS HEREBY ORDERED that the hearing is ADJOURNED to February 10, 2020 at 2:15 p.m.

SO ORDERED.

Dated: February 6, 2020
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge