```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
-----------------------------------------------------X    ELECTRONICALLY FILED
                                                     :    DOC #:_____
PDK COMMERCIAL PHOTOGRAPHERS, LTD.,                  :    DATE FILED: 3/30/2020
                                                     :
                    Plaintiff,                       :
                                                     :          20-cv-0055 (LJL)
        -v-                                          :
                                                     :              ORDER
EAGLE TRANSFER CORP.,                                :
                                                     :
                    Defendant.                       :
                                                     :
-----------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Plaintiff moved for a default judgment against Defendant on February 6, 2020, and the Clerk of Court entered a certificate of default against Defendant. Dkt. Nos. 11, 15. The Court entered an order scheduling a hearing on Plaintiff's motion for default judgment and putting Defendant on notice that the Court would determine that it was in default if it did not appear by telephone. Dkt. Nos. 16, 19.

On March 30, 2020, the Court held the telephonic hearing on Plaintiff's motion for default judgment. At that hearing, a corporate representative appeared for Defendant. The Court put the Defendant on notice that it must retain counsel if it intends to litigate the action.

It is hereby ORDERED that Defendant shall have until April 30, 2020 to have counsel enter a notice of appearance. If no counsel for Defendant has entered an appearance by that date, the Court will entertain the motion for a default judgment against Defendant.

Plaintiff is ordered to serve a copy of this order on Defendant.

SO ORDERED.

Dated: March 30, 2020
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                                 United States District Judge