UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PDK COMMERCIAL PHOTOGRAPHERS, LTD.,    :
:
Plaintiff,    :
:     20-cv-0055 (LJL)
-v-    :
:     ORDER
EAGLE TRANSFER CORP.,    :
:
Defendant.    :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      A telephonic status conference is scheduled for June 11, 2020 at 9:30 a.m.

      It is hereby ORDERED that, by one week prior to conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

      The Clerk of Court is respectfully directed to close Dkt. No. 11.

      SO ORDERED.

Dated: May 15, 2020
       New York, New York
                                                LEWIS J. LIMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/15/2020