UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/22/2020

PDK COMMERCIAL PHOTOGRAPHERS, LTD.,          :
                                             :
                    Plaintiff,               :
                                             :                20-cv-0055 (LJL)
           -v-                               :
                                             :                ORDER
EAGLE TRANSFER CORP.,                        :
                                             :
                    Defendant.               :
                                             :
----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this

case.  *See* Dkt. No. 31.  Accordingly, it is hereby ORDERED that this action is DISMISSED

without costs and without prejudice to restoring the action to the Court's calendar, provided the

application to restore the action is made within thirty (30) days of this Order.  Any application to

reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Any pending motions are DISMISSED as moot, and all conferences and deadlines are

CANCELLED.


        SO ORDERED.

Dated: June 22, 2020                        _____
       New York, New York                          LEWIS J. LIMAN
                                              United States District Judge